IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

JOHN L. ROBERTS,                                              03:11-cv-119-KI

        Petitioner,                                         ORDER

  v.

STEVE FRANKE, Superintendent,
Two Rivers Correctional
Institution,

        Respondent.

KING, Judge

    Petitioner's motion to voluntarily dismiss (#23) is GRANTED. This proceeding is DISMISSED, without prejudice. Respondent's motion to dismiss (#22) is DENIED AS MOOT.

    IT IS SO ORDERED.

    DATED this    25th    day of July, 2011.

                                          /s/ Garr M. King
                                          Garr M. King
                                          United States District Judge

1 -- ORDER